UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN KEITH RICHARDSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>FELIPE MARTINEZ, Warden,<br><br>　　　　Respondent. | NO. CV 18-7242-SVW (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 10, 2019

　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　United States District Judge